## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JOHN L. NORMAN,

      Plaintiff,

v.                                                    Case No.  4:20-cv-437-MW-MJF

DAVID MADDOX, *et al*.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon Plaintiff Norman's second "Application for Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction." (Doc. 33).[1] The application is identical to the "Application for Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction" Norman filed nine days ago. (*See* Doc. 31). The only difference is that this second application provides an "Appendix" consisting of over 200 pages of exhibits.

_____

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters and motions for injunctive relief. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

For the reasons set forth in the undersigned's Report and Recommendation dated January 13, 2021, (Doc. 32), the undersigned respectfully **RECOMMENDS** that:

1.    Plaintiff's second motion for temporary restraining order and preliminary injunction (Doc. 33) be **DENIED**.

At Panama City, Florida, this <u>25th</u> day of January, 2021.

<u>/s/ *Michael J. Frank*</u>
**Michael J. Frank**
**United States Magistrate Judge**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**