## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JOHN L. NORMAN,**
    *Plaintiff*,

**v.**
                             **Case No.  4:20-cv-437-MW-MJF**

**DAVID MADDOX,** *et al.***,**
    *Defendant***.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 32. While Plaintiff has not shown his entitlement to a temporary restraining order at this time, such a showing requires a plaintiff to clear a high bar. While this Court offers no opinion on the final outcome of this matter, a party who fails to obtain a temporary restraining order may well be entitled to other relief. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's order. Plaintiff's Application for Temporary Restraining Order, ECF No. 31, is

1

**DENIED**. The Clerk is directed to remand the matter to Magistrate Judge Frank

for further consideration.

        **SO ORDERED on February 16, 2021.**

**s/Mark E. Walker**

**Chief United States District Judge**
