IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN L. NORMAN,
    *Plaintiff*,

v.                                          Case No.  4:20-cv-437-MW-MJF

DAVID MADDOX, *et al.*,
    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 34. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's order. Plaintiff's Application for Temporary Restraining Order, ECF No. 33, is **DENIED**. The Clerk is directed to remand the matter to Magistrate Judge Frank for further consideration.

**SO ORDERED on February 16, 2021.**

                                                   s/Mark E. Walker
                                                   **Chief United States District Judge**