IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN L. NORMAN,

    *Plaintiff*,

v.                                  Case No.: 4:20cv437-MW/MJF

DAVID MATTOX, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 87. This Court agrees that all Defendants are entitled to qualified immunity. While the officers who responded to Plaintiff's cell on March 28, 2020, may have acted negligently (at most) in failing to search Mr. Berg's mouth for the blade that Mr. Berg used to cut himself, Plaintiff has failed to demonstrate that the unlawfulness of such conduct was clearly established at the time. Likewise, Plaintiff has failed to demonstrate that a reasonable officer would have concluded that Defendant Maddox's and Hutchins's conduct in response to Berg and Plaintiff's grievances was unlawful in light of the circumstances. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 87, is **accepted and adopted** as this Court's opinion. Defendants' motion for summary judgment, ECF No. 71, is **GRANTED** based on qualified immunity. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice** based on qualified immunity." The Clerk shall close the file.

**SO ORDERED on June 28, 2022.**

s/Mark E. Walker<br>
**Chief United States District Judge**